# EXHIBIT A

| Number | First Name | Last Name |
|---|---|---|
| 1 | ROMAN MATIAS | GOLDSTEIN |
| 2 | JASMINE | UTSEY |
| 3 | VANIDA S | COLE |
| 4 | RACHEL | WELLFORD |
| 5 | BICH | HUYNH |
| 6 | SANDRA | MCLEAN |
| 7 | ERIC T | BURROUGHS |